■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RIZZI, Appellant.— Motion by respondent to dismiss appeal denied, on condition that the appeal be perfected for January 13, 1961 and that appellant be ready to argue or submit it on said date. On the court's own motion, the appellant's time to perfect the appeal is enlarged accordingly, and the appeal is ordered on the calendar for said date. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RANDOLPH SMITH, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the April Term, commencing March 27, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel granted. William Scott, II, Esq., of 201 Main St., White Plains, New York, is assigned to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SUMPTER, Appellant.— On the court's own motion, the decision handed down July 20, 1960 (11 A D 2d 810), as amended by the decision handed down November 21, 1960 (*ante,* p. 517), is further amended by striking out the designation of Samuel Yachelson, Esq., as counsel to prosecute the appeal, and by designating Frank Monaco, 66 Court St., Brooklyn, New York, as such counsel. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL SWEARENGEN, Appellant.— Motion by appellant to vacate order dated March 7, 1955, dismissing appeal, and for reconsideration of his motion to dispense with printing, which was denied by order dated November 22, 1954. Motion denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WHEELER, Appellant.— Motion by appellant to dispense with printing, granted. The appeal will be heard on the original papers and on a typed brief. Appellant is directed to file six copies of his typed brief and to serve one copy of his typed brief on the District Attorney. Appellant's time to perfect the appeal enlarged to the March Term, commencing February 27, 1961. Appeal ordered on the calendar for said term. Motion by appellant for assignment of counsel granted. Robert Port, Esq., of 1396 Fulton St., Brooklyn, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.